

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2021

No. 04-20-00531-CV

**Janet AHMAD,**
Appellant

v.

**BLUFFVIEW GREENS HOMEOWNERS ASSOCIATION, INC**., Joseph Battaglia, David M. Garrett, Allan R. Manka, and Firstservice Residential San Antonio, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02963
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

Appellee's brief was originally due February 22, 2021; however, the court granted an extension of time until March 24, 2021. Appellee has filed a motion asking for a further thirty-day extension of time to file the brief.

We **grant the motion** and **order** Bluffview Greens Homeowners Asociation, Inc. to file its appellee's brief by **April 23, 2021**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court